# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA HOOKS, obo V.H., | ) | CASE NO. 5:15-cv-1296 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **MEMORANDUM OPINION** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Before the Court is the report and recommendation of Magistrate Judge Nancy Vecchiarelli, recommending that that the final decision of the Commissioner of Social Security, denying the application of plaintiff's grandson (on whose behalf plaintiff brings this action) for supplemental security income under Title XVI of the Social Security Act, 42 U.S.C. § 1381, be affirmed. (Doc. No. 14 (Report and Recommendation ["R&R"]).).

Under the relevant statute:

> Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court.  A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made.

28 U.S.C. § 636(b)(1)(C).

The R&R was issued on February 3, 2016. Plaintiff is represented by counsel. No objection to the R&R has been filed. The failure to file written objections to the report and recommendation of a magistrate judge constitutes a waiver of a de novo determination by the district court of an issue

covered in the report. *Thomas v. Arn*, 728 F.2d 813 (6th Cir. 1984), *aff'd*, 474 U.S. 140 (1985); *see United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).

The Court has reviewed Magistrate Judge Vecchiarelli's report and recommendation and adopts the same. Accordingly, the final decision of the Commissioner of Social Security, denying the application of plaintiff's grandson for supplemental security income under Title XVI of the Social Security Act, 42 U.S.C. § 1381, is AFFIRMED.

**IT IS SO ORDERED**.


Dated: March 11, 2016

                                      **HONORABLE SARA LIOI**
                                      **UNITED STATES DISTRICT JUDGE**